UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GRAPHIC DESIGN MARKETING, INC.,

    Plaintiff,

v.                                          Case No. 11-C-0051

XTREME ENTERPRISES, INC., and
LAWRENCE E. JOHNSON,

    Defendants.

## ORDER GRANTING MOTION TO CORRECT
## THE FEBRUARY 7, 2011 ORDER FOR PRELIMINARY INJUNCTION

Plaintiff Graphic Design Marketing, Inc., ("GDM") has moved for an order correcting the February 7, 2011 Order Granting Motion for Preliminary Injunction in the above matter. GDM requests that the order include the requirement announced by the Court at the hearing that defendants would be required to report their compliance with the order's directive to issue a Notice of Recall by February 11, 2011. The Court recalls the directive and the minutes reflect it as well. Accordingly, the motion will be granted and an amended order entered.

**SO ORDERED** this    8th    day of February, 2011.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge