UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GRAPHIC DESIGN MARKETING, INC.,

    Plaintiff,

v.                                                                Case No. 11-C-0051

XTREME ENTERPRISES, INC., and
LAWRENCE E. JOHNSON,

    Defendants.

**AMENDED ORDER**
**GRANTING MOTION FOR PRELIMINARY INJUNCTION**

Based on the findings of fact and conclusions of law entered on February 7, 2011, Defendant Xtreme Enterprises, Inc., and Lawrence E. Johnson are hereby prohibited from any further manufacture, copy, or use of GDM's packaging for the "Stickers" product. Further, Xtreme and/or Johnson are to issue a Recall Notice to retail outlets where they sold Xtreme decals under the counterfeited version of GDM's red header packaging label directing the return of all such goods from retail outlets supplied by Xtreme and notifying such retailers that further distribution of such goods may give rise to liability for contributory infringement. So as to minimize the risk that retailers will remove GDM's products from their stores, as well as the counterfeit labeled Xtreme products, the notice will include photos showing how to distinguish the Xtreme stickers subject to recall from the genuine GDM stickers as found in the brief supporting GDM's motion. All such counterfeit red headers in the defendants' possession are to be impounded and shall be retained by

said defendants until further order of the Court.  Xtreme and/or Johnson are to file a report of their compliance with this requirement on or before February 11, 2011.

This amended order will become effective upon GDM's posting of a bond in the amount of $7,000.

Dated this    8th    day of February, 2011.

 s/ William C. Griesbach  
William C. Griesbach  
United States District Judge